# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Marshal TANCHUCK (1)
Ali Jazmin PEREZ (2),

    Defendant.

Case No.: 20MJ0279

COMPLAINT FOR VIOLATION OF

Title 18 U.S.C. § 922(a)(1)(B) Transporting Ammunition in Foreign Commerce Without a License or Permit and 546 Smuggling Goods into a Foreign Country In Violation of U.S. Law
(Felony)

The undersigned complainant being duly sworn states:

## COUNT 1

On or about January 22, 2020, within the Southern District of California, defendants, Marshall TANCHUCK and Ali Jazmin PEREZ, did knowingly and intentionally purchase 5000 rounds of 7.62X39 caliber ammunition from a place within the United States with the intent of exporting it to Mexico, in violation of Title 18, United States Code, Section 922(a)(1)(B).

## COUNT 2

On or about January 22, 2020, within the Southern District of California, defendants, Marshall TANCHUCK and Ali Jazmin PEREZ, did knowingly and intentionally attempt to export goods from the United States to Mexico; to wit 5000 rounds of ammunition; in violation of Title 18, United States Code, Section 546.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Andrew Soule
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS __23rd__ DAY OF January 2020.

_____
UNITED STATES MAGISTRATE JUDGE
ANDREW G. SCHOPLER

2



## PROBABLE CAUSE STATEMENT

On January 22, 2020, at approximately 1:05 p.m., defendants Ali Jazmin PEREZ ("PEREZ") and Marshal TANCHUCK ("TANCHUCK"), both United States citizens, entered the United States from Mexico through the San Ysidro, California, Port of Entry. PEREZ was the driver and TANCHUCK was the passenger of a 2007 Honda Civic bearing California license plates ("the Honda").

At approximately 2:00 p.m. Homeland Security Investigations (HSI) Special Agents witnessed PEREZ and TANCHUCK arrive at Southern California Gun (gun store), in San Diego, California.

PEREZ and TANCHUCK exited the store with 5 cases of 7.62X39 millimeter rifle ammunition. The agents observed store employees assist PEREZ and TANCHUCK load the ammunition into the trunk of the vehicle and drive away.

The agents were able to confirm that TANCHUCK submitted to the California Dealer Record of Sale background check, which he passed.

The agents were able to determine PEREZ used cash to pay for the ammunition when it was ordered on January 11, 2020, from surveillance photos.



The agents placed a tracking device on the vehicle and followed the vehicle to several locations in San Diego including a Walmart where the agents witnessed PEREZ purchase several cartons of soda.

The agents were able to maintain surveillance of the vehicle until it attempted to cross into Mexico via the Otay Mesa, Port of Entry at approximately 7:01 p.m.

At the Otay Mesa Port of Entry, Customs & Border Protection Officers (CBPOs) stopped the vehicle as it attempted to enter Mexico. A CBPO obtained tow negative customs declarations from both PEREZ and TANCHUCK.

CBPOs discovered 5000 rounds of 7.62X39 millimeter ammunition concealed in the back seat of the vehicle inside soda cartons.

At approximately 8:38 p.m., HSI Special Agents Andrew Soule and Mitch Martinez interviewed TANCHUCK. TANCHUCK agreed to waive his Miranda rights and speak with agents. During the interview, TANCHUCK admitted knowledge of the ammunition within the vehicle, and to knowing it is illegal to transport ammunition from the United States to Mexico. TANCHUCK also told the agents that he does not possess a Federal Firearms License or an Export Permit for ammunition.

At approximately 9:33 p.m., HSI Special Agents Andrew Soule and Mitch Martinez interviewed PEREZ. PEREZ agreed to waive her Miranda rights and

2



speak with agents. During the interview, PEREZ admitted knowledge of the ammunition within the vehicle, and to knowing it is illegal to transport ammunition from the United States to Mexico. PEREZ also told the agents that she does not possess a Federal Firearms License or an Export Permit for ammunition.

Checks of CBP and California Department of Justice (DOJ) records showed on October 18, 2019, PEREZ (driver) and TANCHUCK (passenger) crossed into the U.S. from Mexico at 3:20 p.m. in a Jeep Cherokee registered to PEREZ. TANCHUCK bought 12,000 rounds of 7.62X39 millimeter ammunition at 3:58 p.m. PEREZ and TANCHUCK crossed the border back into Mexico at 7:34 p.m. in the Jeep Cherokee.

Checks of CBP and DOJ records also showed that on January 8, 2020, PEREZ (driver) and TANCHUCK (passenger) crossed the border into the U.S. in the vehicle at 2:00 p.m. TANCHUCK bought 3000 rounds of ammunition at 3:23 p.m. PEREZ and TANCHUCK and crossed the border back into Mexico at 6:12 p.m. in the Honda.

CBP and DOJ records also show that on January 11, 2020 PEREZ (driver) and TANCHUCK (passenger) crossed the border into the U.S. in the Honda at 2:47 p.m. TANCHUCK purchased 1080 rounds of ammunition at 3:39 p.m., and crossed the border back into Mexico at 7:37 p.m.



PEREZ and TANCHUCK were arrested and charged with a violation of Title 18, United States Code, 922(a)(1)(B) Transporting Ammunition in Foreign Commerce Without a License or Permit and 546, Smuggling Goods into a Foreign Country in Violation of U.S. Law, and were scheduled to be booked into the Metropolitan Correctional Center.